FILED
FEB 13 2008
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE: MOTIONS FOR MODIFICATION )
OF SENTENCE UNDER ) MISC. NO. 2:08mc 3385
18 U.S.C. § 3582(c)(2) )

## ORDER

Under 18 U.S.C. § 3582(c)(2) and U.S.S.G. § 1B1.10, courts must evaluate the effect that a retroactive amendment has on the guideline range that was calculated at a defendant's sentencing. If the Retroactivity Screening Panel, the United States, or a defendant seeking relief under § 3582(c)(2) and § 1B1.10 makes a specific request for a copy of that defendant's Presentence Report (PSR), the Court authorizes the Probation Office to disclose that PSR, minus the PSR's confidential sentencing recommendation, to the Retroactivity Screening Panel (solely for Panel purposes), to the United States, and to the defendant who is the subject of the PSR.

SO ORDERED on behalf of the entire Court this the 13th day of February, 2008.

_____
MARK E. FULLER
Chief United States District Judge

_____
MYRON H. THOMPSON
United States District Judge

_____
W. KEITH WATKINS
United States District Judge